**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

June 16, 2020

MEMORANDUM TO COUNSEL

    Re:    *United States of America v. Dustin A. Wiles, et al.*
             Civil Case No. CCB-18-2757

Dear Counsel:

    Thank you for your June 12, 2020, status report and the accompanying proposed order. (ECF 12).  Please advise regarding the status of the case in the United States District Court for the Middle District of Pennsylvania and whether the District Court and the United States Marshal for the Middle District of Pennsylvania are aware of and agree to the proposed order.  Please respond by June 30, 2020.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                            Sincerely yours,

                                            /s/

                                            Catherine C. Blake
                                            United States District Judge