# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

    Plaintiff

v.

DUSTIN A. WILES and
CHRISTINA STAMBAUGH
f/k/a CHRISTINA MAE BEAM
f/k/a CHRISTINA M. WILES

    Defendants

Case No. 18-cv-02757-CCB

## ORDER

AND NOW, this  29th  day of   June   , 2021, upon consideration of Plaintiff's Motion for Ratification of Public Sale which states that notice has been given to Defendants, all lienholders of record and occupants and no objection has been made to the sale within the thirty (30) day period, it is hereby **ORDERED**:

1.    That the public sale of the real property located at 5720 Conover Road, Taneytown, MD 21787, held on December 3, 2020, was fairly and properly made and is hereby ratified.

2.    That the Clerk of the Court shall remit copies of the Order to all parties and their counsel, if any.

3.    That jurisdiction is retained for such further orders or decrees as may be necessary.

_____/S/_____
The Honorable Catherine C. Blake
United States District Judge